## (October 2, 1962)

■ CROSS PROPERTIES, INC., Appellant, v. ALBERT MARX, Respondent.— Motion by defendant for leave to appeal to this court from an order of the

Appellate Term of the Supreme Court which modified a judgment of the Municipal Court of the City of New York. Motion granted. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.